IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA A. ROMERO, | CASE NO. 5:13-cv-04844 EJD |
| Plaintiff(s), | **ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant(s). | |

On December 6, 2013, Defendant Carolyn Colvin, Acting Commissioner, Social Security Administration, filed a document indicating her voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action. See Docket Item No. 10.

In order to determine the position of both parties on this issue, the court orders Plaintiff to file a similar document indicating either her consent or declination to proceed before a United States Magistrate Judge on or before **December 16, 2013.**

**IT IS SO ORDERED.**

Dated: December 9, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-04844 EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE