IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA A. ROMERO,<br><br>　　　　　Plaintiff(s),<br>　v.<br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>　　　　　Defendant(s).<br>_____/ | CASE NO. 5:13-cv-04844 EJD<br><br>**ORDER DIRECTING CLERK TO REASSIGN CASE** |

As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (see Docket Item Nos. 10, 12), the Clerk shall reassign it to an available magistrate judge according to the relevant portions of this District's assignment plan.

**IT IS SO ORDERED.**

Dated: December 10, 2013

　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge