1  HARVEY P. SACKETT (72488)

2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.

   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6

7  Attorney for Plaintiff

8  /jgl

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12  VICTORIA A. ROMERO,            )   No.: 5:13-cv-04844 HRL
                                   )
13                Plaintiff,       )
                                   )
14  v.                             )
                                   )
15                                 )   NOTICE AND ORDER OF SUBSTITUTION
    CAROLYN W. COLVIN,             )   OF COUNSEL
16  Acting Commissioner,           )
    Social Security Administration,)   [Re:  Dkt. 22]
17                                 )
                                   )
18                Defendant.       )
                                   )
19

20      PLEASE TAKE NOTICE, VICTORIA A. ROMERO, Plaintiff in the above-captioned

21  case, hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.

22

23  Dated:  June 5, 2014                    /s/
                                            VICTORIA A. ROMERO
24                                          220 W. California Avenue, Apt. #B
                                            Sunnyvale, California 94086
25

26
    Dated:  July 14, 2014                   /s/
27                                          HARVEY P. SACKETT

28

                                            1
    NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL

1
2  ~~IT IS SO ORDERED.~~
3
4  ~~Dated: _____~~
5                                              ~~HOWARD R. LLOYD~~
                                               ~~United States Magistrate Judge~~
6
7   Plaintiff having elected to proceed pro se, she must forthwith provide defendant and
    the court with her contact information.  She is advised that, pursuant to Civil Local
8   Rule 3-11, this matter may be dismissed if she fails to keep the court informed of her
    current contact information.  Unless and until plaintiff provides her contact
9   information, plaintiff's counsel is given leave to withdraw, subject to the condition that
10  papers may continue to be served on him for forwarding purposes.  Civ. L.R. 11-5(b).

11  Additionally, all summary judgment briefing deadlines having lapsed, the parties shall
    submit to the court a joint proposal for new filing deadlines.  The joint proposal must
12  be filed within 14 days from the date of this order.  If the parties fail to submit a joint
13  proposal, the court will set new briefing deadlines on its own without their input.

14  **SO ORDERED.**
15  **Dated:**  July 21, 2014
16
17                                              Howard R. Lloyd
                                                United States Magistrate Judge
18
...
28