UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No.  5:13-cv-04844 HRL<br><br>**ORDER RE-SETTING BRIEFING DEADLINES** |

In its order conditionally granting plaintiff's and her former counsel's stipulated request to substitute plaintiff in pro per,[1] this court directed the parties to submit a proposed briefing schedule for summary judgment motions.  Because the parties have not done so, the court sets the following deadlines:

Plaintiff's motion for summary judgment or for remand must be filed no later than **November 28, 2014**.

Defendant's opposition or counter-motion must be filed no later than **December 29, 2014**.

Plaintiff's reply shall be filed no later than **January 15, 2015**.

This matter has been unduly delayed due to issues with plaintiff's representation.  The court having granted two prior stipulated extensions, and this being the third time briefing

---

[1] Because the record reflects plaintiff's contact information in Sunnyvale, the clerk is directed to terminate her former counsel from this docket.

1    deadlines are being re-set, the court is disinclined to grant any further extensions in this case.

2    Dated:   October 29, 2014

3    _____

4    HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               2

United States District Court
Northern District of California

1    5:13-cv-04844-HRL Notice has been electronically mailed to:

2    Alex Gene Tse      alex.tse@usdoj.gov, kathy.terry@usdoj.gov, USACAN.SSA@usdoj.gov

3    Harvey Peter Sackett      hps@hpspc.com, juanita@sackettlaw.com, Mary@sackettlaw.com,
4    Matt@sackettlaw.com

5    Patrick William Snyder      patrick.snyder@ssa.gov, ODAR.OAO.COURT.1@ssa.gov,
6    sf.ogc.ndca@ssa.gov

7
     5:13-cv-04844-HRL A copy of this order sent by U.S. Mail to:
8
9    Victoria A. Romero
     220 W. California Avenue, Apt. B
10   Sunnyvale, CA 94086

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              3