UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br><br>    Defendant. | Case No.  5:13-cv-04844 HRL<br><br>**ORDER DISMISSING CASE** |

On April 9, 2015, the court issued an order directing plaintiff Victoria Romero to show cause why this case should not be dismissed for failure to prosecute and for failure to comply with the court's orders. In that order, the court stated that if plaintiff failed to file her written response by the April 24, 2015 deadline, then this matter would be dismissed without further briefing or hearing. The court's order to show cause was sent to plaintiff by mail and has not been returned to the court as undeliverable. Plaintiff having failed to file any response, and the filing deadline having passed, this action is dismissed without prejudice for failure to prosecute and for failure to comply with court orders. The clerk shall close the file.

SO ORDERED.

Dated:   April 28, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04844-HRL Notice has been electronically mailed to:

Alex Gene Tse     alex.tse@usdoj.gov, kathy.terry@usdoj.gov, USACAN.SSA@usdoj.gov

Harvey Peter Sackett     hps@hpspc.com, juanita@sackettlaw.com, Matt@sackettlaw.com

Patrick William Snyder     patrick.snyder@ssa.gov, ODAR.OAO.COURT.1@ssa.gov, sf.ogc.ndca@ssa.gov

5:13-cv-04844-HRL A copy of this order sent by U.S. Mail to:

Victoria Romero
220 West California Street, Apt. B
Sunnyvale, CA 94086